Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

ELLERY SCOTT CANNON
ELLEN ANN CANNON

CASE NO: 10-70294-HDH-13
HEARING DATE: 4/20/2011
HEARING TIME: 10:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

## I.
## OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 015 0 U | OSTC | $976.46 | 017 0 U | SEARS | $1,841.00 |

## II.
## SPECIFIC OBJECTIONS

No Objections

## III.
## TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | BAC HOME LOAN SERVICING LP | HOME ARREARS THRU 7-2010 | $9,431.61 | $141,951.00 | 8.00% | 54 | $236.39 PAID BY TRUSTE |
| | Decreased term from 60 to 54 months. See modification below. | | | | | | |
| 011 0 | CAPITAL ONE AUTO FINANCE | 2005 DODGE PU | $8,252.76 | $13,000.00 | 9.00% | 54 | $211.06 PAID BY TRUSTE |
| | Decreased term from 60 to 54 months. See modification below. | | | | | | |
| 012 0 | WICHITA COUNTY | 2010 PROPERTY TAXES | $1,620.94 | $3,613.03 | | | PD DIRECT BY DEBTOR |
| 013 0 | FORD MOTOR CREDIT COMPANY | 2007 FORD FREESTYLE | $17,945.60 | $15,850.00 | 9.00% | 54 | $368.01 PAID BY TRUSTE |
| | Decreased term from 60 to 54 months. See modification below. | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 018 0 | TEXOMA COMMUNITY CREDIT UNION | 2008 KIA SPECTRA | $6,506.22 | $6,508.00 | 9.00% | 54 | $166.40 | PAID BY TRUSTE |
| | Decreased term from 60 to 54 months. See modification below. | | | | | | | |
| 020 0 | BAC HOME LOAN SERVICING LP | DIRECT PMTS BEGIN 8-2010 | $131,901.45 | $141,951.00 | | | | PD DIRECT BY DEBTOR |
| 023 0 * | BURKBURNETT ISD | 2010 PROPERTY TAXES | $0.00 | $150,543.00 | | | | PD DIRECT BY DEBTOR |
| | Not provided for in confirmed plan. See modification below. | | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 009 0 U | AMERICAN INFOSOURCE LP | $2,255.10 | 013 1 U | FORD MOTOR CREDIT COMPANY | $2,095.60 |
| | *PURCHASES* | | | *SPLIT CLAIM/2007 FORD FREESTYLE* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

All creditors shall be treated over a 54 month plan term.

The secured claim filed by Burkburnett ISD for $1,758.68 shall be valued at $150,543 and paid direct.

Debtors plan term shall decrease from 60 to 54 months. Debtor shall pay $940 per month beginning July 2010 for 10 months; then Debtor shall pay $1,091 per month beginning May 2011 for 9 months; then Debtor shall pay $1,260 per month beginning February 2012 for the remaining 35 months for a total plan base amount of $63,319.00. Plan remains a 100% plan to the unsecured creditors.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 4/20/2011 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   2/9/2011                                              /s/ Walter O'Cheskey

                                                              _____
                                                              Walter O'Cheskey
                                                              Chapter 13 Trustee

```
AMERICAN INFOSOURCE LP ON BEHALF OF MIDLAND FUNDING PO BOX 248897 OKLAHOMA CITY OK 73124
ASCENSION CAPITAL GROUP INC ATTN:  CAPITAL ONE AUTO FINANCE DEPT ACCT 7895190 PO BOX 201347 ARLINGTON TX 76006
BAC HOME LOAN SERVICING LP 7105 CORPORATE DRIVE  PLANO TX 75024
BAC HOME LOAN SERVICING LP BANKRUPTCY DEPT; 7105 CORPORATE DRIVE MAIL STOP TX2-982-0303 PLANO TX 75024
BAC HOME LOANS SERVICING LP 400 NATIONAL WAY MAIL STOP CA6-919-01-23 SIMI VALLEY CA 93065
BANK OF AMERICA CUSTOMER SERVICE PO BOX 5170 SIMI  VALLEY CA 93062
BANK OF AMERICA PO BOX 17054  WILMINGTON DE 19850
BASSEL & WILCOX PO BOX 11509  FORT WORTH TX 76110
BURKBURNETT ISD C/O PERDUE BRANDON FIELDER COLLINS & MOT PO BOX 8188 WICHITA FALLS TX 76307
BURKBURNETT ISD PO BOX 608  BURKBURNETT TX 76354
CAPITAL ONE AUTO FINANCE 3901 N DALLAS PKWY  PLANO TX 75093
CAPITAL ONE AUTO FINANCE C/O ASCENSION CAPITAL GROUP PO BOX 201347 ARLINGTON TX 76006
CITY OF WF, WFISD, WICHITA COUNTY CO PERDUE BRANDON FIELDER COLLINS & MOTT PO BOX 8188 WICHITA FALLS TX 76307
ELLERY SCOTT CANNON & ELLEN ANN CANNON 2409 MISSILE RD  WICHITA FALLS TX 76306
FIA CARD SERVICES BANK OF AMERICA 1000 SAMOSET DRIVE DE5-023-03-03 NEWARK DE 19713
FORD MOTOR CREDIT COMPANY DRAWER 55-953   CHAPTER 13 PO BOX 55000 DETROIT MI 48255
FORD MOTOR CREDIT COMPANY PO BOX 6275  DEARBORN MI 48121
FORD MOTOR CREDIT CORPORATION NATIONAL BANKRUPTCY CENTER PO BOX 537901 LIVONIA MI 48153
GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
OSTC #1 WEST MEDICAL COURT  WICHITA FALLS TX 76310
RECONTRUST CO NA 2380 PERFORMANCE DR TX29850703  RICHARDSON TX 75082
SEARS PO BOX 6189  SIOUX FALLS SD 57117
TEXOMA COMMUNITY CREDIT UNION PO BOX 1320  WICHITA FALLS TX 76307
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```